**United States Bankruptcy Court**
**District of Connecticut, New Haven Division**

**IN RE:** Case No. ______________________

**AMS Press, Inc.** Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 13, 2017** Signature: ***/s/ Harriet Hornstein***
**Harriet Hornstein, Shareholder** Debtor

Date: ______________________ Signature: ______________________
Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

25 Van Zant Street Condominium, Inc.
25 Van Zant St Ste 19-C
Norwalk, CT 06855-1713

25 Van Zant Street Properties, LLC
c/o Web Management Company
25 Van Zant St Ste 19C
Norwalk, CT 06855-1713

Albert Rolls
3340 70th St
Jackson Heights, NY 11372-1054

American Express
PO Box 981535
El Paso, TX 79998-1535

Bridgeport National Bindery, Inc.
PO Box 289
Agawam, MA 01001-0289

Brooklyn Navy Yard Development
63 Flushing Ave Unit 300
Brooklyn, NY 11205-1080

Chase
PO Box 15123
Wilmington, DE 19850-5123

Costello & Costello, P. C.
5919 20th Ave
Brooklyn, NY 11204-2452

Data Reproductions Corporation
4545 Glenmeade Ln
Auburn Hills, MI 48326-1767

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Dickens Studies Annual
Ph.D. Program English CUNY
365 5th Ave
New York, NY 10016-4309

Donna Brantlinger Black
818 Raven Run Rd
Saxton, PA 16678-9037

EarthLink
PO Box 7645
Atlanta, GA 30357-0645

Edward Brothers Malloy
c/o Biehl & Biehl, Inc.
325 Fullerton Ave
Carol Stream, IL 60188-1865

Elizabeth Gentile
90 Gold St Apt 5G
New York, NY 10038-1849

Eve Hornstein
11 Little Fox Ln
Westport, CT 06880-1404

Exxon/Mobil
Credit Card Center
PO Box 6404
Sioux Falls, SD 57117-6404

Federal Express
PO Box 332
Memphis, TN 38101-0332

FOA & Son Corporation
68 S Service Rd
Melville, NY 11747-2354

Glencora G. Clouden
125 Burden Ave
Staten Island, NY 10302-1621

Harriet Hornstein
11 Little Fox Ln
Westport, CT 06880-1404

Home Depot
PO Box 790420
Saint Louis, MO 63179-0420

IC System
PO Box 64437
Saint Paul, MN 55164-0437

Internal Revenue Service
PO Box 9019
Holtsville, NY 11742-9019

John Hopper
506 Linn St
Ithaca, NY 14850-3763

Jostens
21337 Network Pl
Chicago, IL 60673-1213

Juan E. Roman
8940 Rutledge Ave
Glendale, NY 11385-7936

Laura Starrett
141 E Bates Ave
Villas, NJ 08251-2612

McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146-1807

Michael D. Rubinstein
97 Froehlich Farm Blvd
Woodbury, NY 11797-2903

North Shore Agency
270 Spagnoli Rd
Melville, NY 11747-3516

NY State Dept of Taxation and Finance
PO Box 15012
Albany, NY 12212-5012

Optimum
1111 Stewart Ave
Bethpage, NY 11714-3533

Pitney Bowes
2225 American Dr
Neenah, WI 54956-1005

Rassamee Kidchob
571 Fern Ave
Lyndhurst, NJ 07071-2230

Staples
PO Box 790439
Saint Louis, MO 63179-0439

UPS
PO Box 7247-0244
Philadelphia, PA 19170

Verizon
500 Technology Dr
Weldon Spring, MO 63304-2225

Xerox Corporation
PO Box 660501
Dallas, TX 75266-0501

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen and Wolf, P. C.**<br>**657 Orange Center Rd**<br>**Orange, CT 06477-2400** | | **3/19/2017** | **$2,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **63 Flushing Ave Unit 221**<br>**Brooklyn, NY 11205-1073** | **2002 to 7/2016** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Profit Sharing Plan** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| 25.1. **Abrahams Magazine Service, Inc.<br>25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Publishing** | EIN: **13-5673091**<br>From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Michael D. Rubinstein, CPA<br>97 Froehlich Farm Blvd<br>Woodbury, NY 11797-2903** | |



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| **Name and address** | **Date of service From-To** |
|---|---|
| 26a.2. **Glencora Clouden**<br>**125 Burden Ave**<br>**Staten Island, NY 10302-1621** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | **Date of service From-To** |
|---|---|
| 26b.1. **Michael D. Rubinstein, CPA**<br>**97 Froehlich Farm Blvd**<br>**Woodbury, NY 11797-2903** | |

| **Name and address** | **Date of service From-To** |
|---|---|
| 26b.2. **Glencora Clouden**<br>**125 Burden Ave**<br>**Staten Island, NY 10302-1621** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **Harriet Hornstein**<br>**11 Little Fox Ln**<br>**Westport, CT 06880-1404** | |
| 26c.2. **Glencora Couden**<br>**125 Burden Ave**<br>**Staten Island, NY 10302-1621** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Harriet Hornstein** | **11 Little Fox Ln**<br>**Westport, CT 06880-1404** | **shareholder** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Gabriel Hornstein (Deceased)** | | **President** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 13, 2017**

**/s/ Harriet Hornstein**
Signature of individual signing on behalf of the debtor

**Harriet Hornstein**
Printed name

Position or relationship to debtor **Shareholder**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number *(if known)* ______ Chapter 7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1. Debtor's name**

**AMS Press, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**FKA Abrahams Magazine Service, Inc.**

**3. Debtor's federal Employer Identification Number** (EIN)

**13-2542537**

**4. Debtor's address**

**Principal place of business**

**25 Van Zant St**
**Ste 1B3**
**Norwalk, CT 06855-1713**
Number, Street, City, State & ZIP Code

**Fairfield (New Hav**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**25 Van Zant St Ste 1B3 Norwalk, CT 06855-1713**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **AMS Press, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ________ When ________ Case number ________
District ________ When ________ Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor ________ Relationship ________
District ________ When ________ Case number, if known ________

Debtor **AMS Press, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **AMS Press, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 13, 2017**
MM / DD / YYYY

X **/s/ Harriet Hornstein**
Signature of authorized representative of debtor

**Harriet Hornstein**
Printed name

Title **Shareholder**

**18. Signature of attorney**

X **/s/ Suzanne B. Sutton**
Signature of attorney for debtor

Date **April 13, 2017**
MM / DD / YYYY

**Suzanne B. Sutton**
Printed name

**Cohen and Wolf, P. C.**
Firm name

**657 Orange Center Rd**
**Orange, CT 06477-2400**
Number, Street, City, State & ZIP Code

Contact phone **(203) 298-4066** Email address **ssutton@cohenandwolf.com**

**ct03506**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* ____________
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 13, 2017** X **/s/ Harriet Hornstein**
Signature of individual signing on behalf of debtor

**Harriet Hornstein**
Printed name

**Shareholder**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking Account** | **2166** | **$1.00** |
| 3.2. | **Chase** | **Checking Account** | **2165** | **$1.00** |
| 3.3. | **Chase** | **Checking Account** | **1965** | **$1.00** |
| 3.4. | **Chase** | **Checking Account** | **7965** | **$1.00** |
| 3.5. | **Chase** | **Checking Account** | **8965** | **$1.00** |
| 3.6. | **Chase** | **Checking Account** | **5265** | **$1.00** |
| 3.7. | **Chase** | **Checking Account** | **9565** | **$1.00** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(If known)*
Name

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$7.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Security Deposit Held by 25 Van Zant Street Properties, LLC** **$5,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$5,000.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: **1,603.88** (face amount) - **0.00** (doubtful or uncollectible accounts) =.... **$1,603.88**

12. **Total of Part 3.** **$1,603.88**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(If known)*
Name

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Books - Current Printed Stock** | | **$78,262.00** | | **$78,262.00** |
| **Books - Back Issue Stock** | | **$90,000.00** | | **$90,000.00** |

22. **Other inventory or supplies**

23. **Total of Part 5.** **$168,262.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, Chairs, Filing Cabinets, Bookcases and Miscellaneous Office Furnishings** | **$5,000.00** | | **$5,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Dell Computers, Printers, Typewriters** | **$2,500.00** | | **$2,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$7,500.00**
Add lines 39 through 42. Copy the total to line 86.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(If known)*
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Copyright | $5,000.00 | | $5,000.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | Imprint | $1.00 | | $1.00 |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$5,001.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(If known)*
Name

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,603.88 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $168,262.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,001.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $187,373.88 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $187,373.88 |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 9019**<br>**Holtsville, NY 11742-9019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,996.43** | **$11,996.43** |
| | Date or dates debt was incurred<br>**03/31/2016** | Basis for the claim: | | |
| | Last 4 digits of account number **2537**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 9019**<br>**Holtsville, NY 11742-9019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$758.97** | **$758.97** |
| | Date or dates debt was incurred<br>**06/30/2016** | Basis for the claim: | | |
| | Last 4 digits of account number **2537**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com 12345

Debtor **AMS Press, Inc.** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**

**PO Box 9019**
**Holtsville, NY 11742-9019**

As of the petition filing date, the claim is: **$12,558.97** **$12,558.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2016**

Basis for the claim:

Last 4 digits of account number **2537**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**

**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: **$1,015.46** **$1,015.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number **2856**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**

**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: **$54.57** **$54.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2016**

Basis for the claim:

Last 4 digits of account number **2856**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**

**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: **$90.95** **$90.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/30/16**

Basis for the claim:

Last 4 digits of account number **2856**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

2.7 Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**
**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred
**06/30/2016**

Basis for the claim:

Last 4 digits of account number **4546**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.8 Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**
**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,684.63** **$1,684.63**

Date or dates debt was incurred
**01/31/2016**

Basis for the claim:

Last 4 digits of account number **4546**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.9 Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**
**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$727.60** **$727.60**

Date or dates debt was incurred
**06/30/2016**

Basis for the claim:

Last 4 digits of account number **4546**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.10 Priority creditor's name and mailing address
**NY State Dept of Taxation and Finance**
**PO Box 15012**
**Albany, NY 12212-5012**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$436.56** **$436.56**

Date or dates debt was incurred
**09/30/2016**

Basis for the claim:

Last 4 digits of account number **4546**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

**3.1** **Nonpriority creditor's name and mailing address**
**25 Van Zant Street Condominium, Inc.**

**25 Van Zant St Ste 19-C**
**Norwalk, CT 06855-1713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$685.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**25 Van Zant Street Properties, LLC**
**c/o WEB Management Company**
**25 Van Zant St Ste 19C**
**Norwalk, CT 06855-1713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,018.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Albert Rolls**

**3340 70th St**
**Jackson Heights, NY 11372-1054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**American Express**

**PO Box 981535**
**El Paso, TX 79998-1535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1001

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,691.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Bridgeport National Bindery, Inc.**

**PO Box 289**
**Agawam, MA 01001-0289**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9939

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,736.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Brooklyn Navy Yard Development**

**63 Flushing Ave Unit 300**
**Brooklyn, NY 11205-1080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Chase**

**PO Box 15123**
**Wilmington, DE 19850-5123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7579

**As of the petition filing date, the claim is:** *Check all that apply.* **$405.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

**3.8** **Nonpriority creditor's name and mailing address**
**Costello & Costello, P. C.**

**5919 20th Ave**
**Brooklyn, NY 11204-2452**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8702

**As of the petition filing date, the claim is:** *Check all that apply.* **$225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**Data Reproductions Corporation**

**4545 Glenmeade Ln**
**Auburn Hills, MI 48326-1767**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 70

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,793.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Dell Financial Services**

**PO Box 81577**
**Austin, TX 78708-1577**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9759

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,128.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**Dickens Studies Annual**
**Ph.D. Program English CUNY**
**365 5th Ave**
**New York, NY 10016-4309**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Donna Brantlinger Black**

**818 Raven Run Rd**
**Saxton, PA 16678-9037**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 100

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**EarthLink**

**PO Box 7645**
**Atlanta, GA 30357-0645**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1761

**As of the petition filing date, the claim is:** *Check all that apply.* **$47.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Edward Brothers Malloy**
**c/o Biehl & Biehl, Inc.**
**325 Fullerton Ave**
**Carol Stream, IL 60188-1865**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

**3.15** **Nonpriority creditor's name and mailing address**
**Elizabeth Gentile**

**90 Gold St Apt 5G**
**New York, NY 10038-1849**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,482.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**Eve Hornstein**

**11 Little Fox Ln**
**Westport, CT 06880-1404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**Exxon/Mobil**
**Credit Card Center**
**PO Box 6404**
**Sioux Falls, SD 57117-6404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1426

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
**Federal Express**

**PO Box 332**
**Memphis, TN 38101-0332**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3578

**As of the petition filing date, the claim is:** *Check all that apply.* **$222.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
**FOA & Son Corporation**

**68 S Service Rd**
**Melville, NY 11747-2354**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1430

**As of the petition filing date, the claim is:** *Check all that apply.* **$414.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
**Glencora G. Clouden**

**125 Burden Ave**
**Staten Island, NY 10302-1621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Harriet Hornstein**

**11 Little Fox Ln**
**Westport, CT 06880-1404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

**3.22** **Nonpriority creditor's name and mailing address**
**Home Depot**

**PO Box 790420**
**Saint Louis, MO 63179-0420**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2427

**As of the petition filing date, the claim is:** *Check all that apply.* **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**John Hopper**

**506 Linn St**
**Ithaca, NY 14850-3763**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Jostens**

**21337 Network Pl**
**Chicago, IL 60673-1213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9327

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,853.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**Juan E. Roman**

**8940 Rutledge Ave**
**Glendale, NY 11385-7936**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Laura Starrett**

**141 E Bates Ave**
**Villas, NJ 08251-2612**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$420.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
**Michael D. Rubinstein**

**97 Froehlich Farm Blvd**
**Woodbury, NY 11797-2903**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
**Optimum**

**1111 Stewart Ave**
**Bethpage, NY 11714-3533**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2101

**As of the petition filing date, the claim is:** *Check all that apply.* **$119.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes**<br><br>**2225 American Dr**<br>**Neenah, WI 54956-1005**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1829 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,219.53** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Rassamee Kidchob**<br><br>**571 Fern Ave**<br>**Lyndhurst, NJ 07071-2230**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$375.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Staples**<br><br>**PO Box 790439**<br>**Saint Louis, MO 63179-0439**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 4199 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$282.51** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br><br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$376.73** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br><br>**500 Technology Dr**<br>**Weldon Spring, MO 63304-2225**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2564 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$111.14** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br><br>**500 Technology Dr**<br>**Weldon Spring, MO 63304-2225**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$184.35** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br><br>**500 Technology Dr**<br>**Weldon Spring, MO 63304-2225**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8216 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$170.02** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number (if known) ____
Name

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br><br>**500 Technology Dr**<br>**Weldon Spring, MO 63304-2225**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 9215 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$144.45** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Xerox Corporation**<br><br>**PO Box 660501**<br>**Dallas, TX 75266-0501**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3712 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,742.08** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IC System**<br>**PO Box 64437**<br>**Saint Paul, MN 55164-0437** | Line 3.35<br>☐ Not listed. Explain ____ | 8216 |
| 4.2 | **IC System**<br>**PO Box 64437**<br>**Saint Paul, MN 55164-0437** | Line 3.36<br>☐ Not listed. Explain ____ | 9215 |
| 4.3 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146-1807** | Line 3.33<br>☐ Not listed. Explain ____ | 2564 |
| 4.4 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146-1807** | Line 3.34<br>☐ Not listed. Explain ____ | 0001 |
| 4.5 | **North Shore Agency**<br>**270 Spagnoli Rd**<br>**Melville, NY 11747-3516** | Line 3.18<br>☐ Not listed. Explain ____ | 3578 |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 30,324.14 |
| **5b. Total claims from Part 2** | 5b. + | $ 607,071.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 637,396.13 |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 25 Van Zant Street, Unit 1B3, Norwalk, CT expiring December 31, 2018.** | **25 Van Zant Street Properties, LLC<br>c/o Web Management Company<br>25 Van Zant St Ste 19C<br>Norwalk, CT 06855-1713** |
| State the term remaining | | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **American Express** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.2 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Dell Financial Services** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.3 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **EarthLink** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.4 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Exxon/Mobil** | ☐ D<br>■ E/F **3.17**<br>☐ G |
| 2.5 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Federal Express** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.6 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Home Depot** | ☐ D<br>■ E/F **3.22**<br>☐ G |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **AMS Press, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Pitney Bowes** | ☐ D<br>■ E/F **3.29**<br>☐ G |
| 2.8 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Staples** | ☐ D<br>■ E/F **3.31**<br>☐ G |
| 2.9 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **UPS** | ☐ D<br>■ E/F **3.32**<br>☐ G |
| 2.10 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Verizon** | ☐ D<br>■ E/F **3.33**<br>☐ G |
| 2.11 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Verizon** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.12 | **Abrahams Magazine Services, Inc.** | **25 Van Zant St Ste 1B3<br>Norwalk, CT 06855-1713** | **Verizon** | ☐ D<br>■ E/F **3.36**<br>☐ G |
| 2.13 | **Gabriel Hornstein (Deceased)** | | **Pitney Bowes** | ☐ D<br>■ E/F **3.29**<br>☐ G |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **AMS Press, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **187,373.88** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **187,373.88** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **30,324.14** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | **+**$ | **607,071.99** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **637,396.13** |



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut, New Haven Division

In re **AMS Press, Inc.** Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in adverary proceedings and other contested matters.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 13, 2017**
*Date*

**/s/ Suzanne B. Sutton**
**Suzanne B. Sutton**
*Signature of Attorney*
**Cohen and Wolf, P. C.**

**657 Orange Center Rd**
**Orange, CT 06477-2400**
**(203) 298-4066**
**ssutton@cohenandwolf.com**
*Name of law firm*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com